UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMILO MIGUEL ORTEGA-HAAS,

    Plaintiff,

v.

JIM MALCOM, et al.,

    Defendants.

Case No. 22-cv-04582-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Maxine M. Chesney for consideration of whether the case is related to *Allerton v. Richardson Bay Regional Agency et al*, No. CV 22-cv-04151.

**IT IS SO ORDERED.**

Dated: 8/9/2022

_____
VINCE CHHABRIA
United States District Judge