IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMILO MIGUEL ORTEGA-HAAS,<br>Plaintiff,<br>v.<br>JIM MALCOLM, et al.,<br>Defendants. | Case No. 22-cv-04582-MMC<br><br>**ORDER OF DISMISSAL** |

By order filed August 17, 2022, the Court denied plaintiff's "Application to Proceed in Forma Pauperis," filed August 8, 2022 (hereinafter, "IFP Application"), and ordered him to either pay the filing fee of $402.00 or submit an amended IFP application by September 16, 2022. To date, plaintiff has neither paid the filing fee nor amended his IFP Application.

Accordingly, the above-titled action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: 9/28/2022

MAXINE M. CHESNEY
United States District Judge